NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROYAL BRUSH MANUFACTURING, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, DIXON TICONDEROGA COMPANY,**
*Defendants-Appellees*

---

2022-1226

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00198-MAB, Judge Mark A. Barnett.

---

**ON MOTION**

---

**O R D E R**

Royal Brush Manufacturing, Inc. submits a motion to mark more than fifteen words as confidential in its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The briefing schedule is stayed pending the court's dis-

position of this motion.

FOR THE COURT

March 02, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court