NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROYAL BRUSH MANUFACTURING, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, DIXON TICONDEROGA COMPANY,**
*Defendants-Appellees*

---

2022-1226

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00198-MAB, Judge Mark A. Barnett.

---

**ON MOTION**

---

Before CUNNINGHAM, *Circuit Judge*.

**O R D E R**

Royal Brush Manufacturing, Inc. moves pursuant to Federal Circuit Rule 25.1(d)(3) to redact from its opening brief 30 unique words and numbers pertaining to confidential financial information and the parties' inventory and production processes that Royal Brush says are subject to the trial court's protective order.

The court grants leave for the additional markings, with the exception of the markings in footnote 12 of the opening brief, which refer to portions of the appendix with financial information but do not in themselves disclose such information. However, the court notes that Royal Brush's tendered brief includes the following errors:

(1) The caption is incomplete. *See* Fed. Cir. R. 32(a).

(2) The paragraph describing the general nature of the confidential material that has been deleted is not located in the table of contents in the non-confidential version. *See* Fed. Cir. R. 25.1(e)(1)(B).

(3) The references to the appendix are incorrectly formatted. For example, the references appear to cite to two different appendices (public and confidential), and some consecutive page references are incorrect. *See* the court's Electronic Filing Procedures IV.A.2; Fed. Cir. R. 28(f) (providing that references in a brief to the record must correspond to appendix page numbers in the form required by the court's Electronic Filing Procedures).

(4) The confidential and non-confidential addendums appear to contain material not permitted by the court's rules. *See* Fed. R. App. P. 28(f); Fed. Cir. R. 28(a)(11)–(12); Fed. R. App. P. 32.1(b).

(5) The confidential addendum is incomplete. *See* Fed. Cir. R. 28(a)(11).

(6) The pages containing redactions in the non-confidential addendum do not have a legend. *See* Fed. Cir. R. 25.1(e)(1)(B).

The court directs Royal Brush to correct these errors.

Accordingly,

IT IS ORDERED THAT:

(1) The motion will be granted if Royal Brush files corrected confidential and non-confidential versions of its opening brief consistent with this order within seven days of the date of filing of this order.

(2) Appellees' response briefs are due within 40 days of the date of filing of Royal Brush's corrected confidential and non-confidential versions of its opening brief.

FOR THE COURT

March 24, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court