NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROYAL BRUSH MANUFACTURING, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, DIXON TICONDEROGA COMPANY,**
*Defendants-Appellees*

---

2022-1226

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00198-MAB, Judge Mark A. Barnett.

---

**ON MOTION**

---

**O R D E R**

Royal Brush Manufacturing, Inc. submits a motion to waive the appendix formatting requirements of Federal Circuit Rule 30(c)(2) and to extend the time to file the corrected joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The briefing schedule is stayed pending the court's disposition of this motion.

FOR THE COURT

July 21, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court