NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ROYAL BRUSH MANUFACTURING, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, DIXON TICONDEROGA COMPANY,**
*Defendants-Appellees*

2022-1226

Appeal from the United States Court of International Trade in No. 1:19-cv-00198-MAB, Chief Judge Mark A. Barnett.

**ON MOTION**

Before DYK, *Circuit Judge.*

**O R D E R**

The United States moves to dismiss this appeal for lack of jurisdiction. Royal Brush Manufacturing, Inc. opposes the motion. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is deferred to the merits panel assigned to this case.

(2) The Clerk of Court shall transmit a copy of this order and the motion papers to the merits panel.

FOR THE COURT

March 2, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court