# United States Court of Appeals for the Federal Circuit

**ROYAL BRUSH MANUFACTURING, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, DIXON TICONDEROGA COMPANY,**
*Defendants-Appellees*

2022-1226

Appeal from the United States Court of International Trade in No. 1:19-cv-00198-MAB, Chief Judge Mark A. Barnett.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

August 1, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court